# IN The UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 2 4 2012

JAMES N. HATTEN, Clerk
By: Deputy Clerk

LINDA BIRDETTE
*Plaintiff*

*vs*

PENN FOSTER COLLEGE
USCB CORPORATION
*Defendant(s).*

CIVIL FILE NO.1:11-CV-4054-JEC

MOTION TO THE COURT

## MOTION TO SUPPLEMENT THE RECORD ON APPEAL

Comes Now, Linda Birdette, to supplement the record of complaint with Defendants, Penn Foster and USCB Corporation. Defendant USCB Corporation continues to offer settlement offer on an account Plaintiff does not owe. Defendant now offers reduced settlement of 50% of the costs for complete services. Plaintiff pays for studies received. Defendants Act is detriment for the Plaintiff,,,

### FACTS

I. Defendants USCB Corporation proceeds to collect a 'Tax Time' Settlement of an account not owed. (Exhibit 1)

    A. Settlement Offer is for an Amount of completed services for Education Degree.

        A1. Defendant does not allow Plaintiff to continue with her studies to complete the Education Degree.

        A2. Defendants now demand the cost of complete program in a reduced amount in settlement of $758.00, 50% off the balance of the total cost of the completed degree program.

    B. Plaintiff pays for services received.

II. Act is detriment for the Plaintiff.

This 20th Day of February 2012

*Linda Birdette*
Linda Birdette, Plaintiff



**PO Box 75 Archbald PA 18403**
*Calls to or from this company may be monitored or recorded for quality assurance.
Phone #: (570)876-6309 Fax #: (570)876-8179
OFFICE HOURS: (Eastern Time)
Monday - Thursday 9AM - 9PM
Friday 9AM - 5PM
Saturday 9AM - 1PM

Date: February 03, 2012

**50% OFF**

ACA INTERNATIONAL
The Association of Credit and Collection Professionals

Original Creditor:
Current Creditor:      Penn Foster School
Original Account #:    21102370
Reference #:           TH40149518
Current Balance Due:   $1516.80
Discounted Amt Due:    $758.40

Dear Linda Birdette:

**It's tax time. We can help make the most of your refund! 50% OFF This Account...**

In an effort to help you resolve this collection account we are offering the following settlement offer. You can now settle-in full for a one-time payment of $758.40. This option will be available through 02/29/2012. After that date USCB reserves its right to close this offer or not to renew this offer.

By taking advantage of this offer, you would save $758.40. This will stop any and all collection activity on this account. Take this opportunity to satisfy this account for a discounted amount!

You can enclose your payment in the envelope provided and make your check or money order payable to USCB Corporation. All payments and correspondence should be sent to our mailing address at PO Box 75, Archbald PA 18403. Upon completion of this payment plan, we will issue a settlement letter confirming that the account is satisfied and closed. You will have no further obligation to our client regarding this delinquent account. You will not be able to receive any further services from the creditor.

We do want to work with you. If you would like to discuss other options, please call and speak to a representative concerning your account. You may contact this office at (570)876-6309. Please refer to the account number indicated above.

**This is an attempt to collect a debt, and any information obtained will be used for that purpose. This communication is from a debt collector.**

PO BOX 1259, Dept #25271
OAKS, PA 19456

RETURN SERVICE REQUESTED

**Affordable Options To Resolve This Account!**
· **Contact one of our Professional Representatives to qualify for various payment options.**
· **To pay online visit www.uscbcorp.com or to pay using our 24/7 automated system call (570)876-6309**

---

**PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT**

Original Creditor:
Current Creditor:      Penn Foster School
Original Account #:    21102370
Reference #:           TH40149518
Current Balance Due:   $1516.80
Discounted Amt Due:    $758.40

IF PAYING BY VISA, MASTERCARD, DISCOVER OR AMERICAN EXPRESS, FILL OUT BELOW

| ☐ VISA | ☐ MASTERCARD | ☐ DISCOVER | ☐ AMER. EXP. |
|---|---|---|---|
| CARD NUMBER | | EXP. DATE | AMOUNT |
| SIGNATURE | | MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD | |

**PAY BY CREDIT CARD**

*Personal & Confidential*
Linda Birdette

99425-65808

*PLEASE SEND ALL CORRESPONDENCE TO THE BELOW ADDRESS:*

U S C B CORPORATION